USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUXOTTICA GROUP S.p.A.,

Plaintiff,

-v-

ARIF & MITU GIFT SHOP INC., *et al.*,

Defendants.

**ORDER**

26-CV-6455 (JHR) (JW)

**HENRY J. RICARDO, United States Magistrate Judge.**

In light of the reassignment of the referral in this case to Judge Willis, the case management conference previously scheduled to be held before the undersigned on September 23, 2026, *see* ECF No. 27, is adjourned *sine die*.

**SO ORDERED.**

Dated: September 15, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge